# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4255

_____

In re: Virginia P. Dale,          *
                               *
           Debtor,             *
                               *
_____    *
                               *
Virginia P. Dale,          *
                               *
          Appellant,       *
                               *   Appeal from the United States
      v.                  *   Bankruptcy Appellate Panel
                               *   for the Eighth Circuit.
HomeQ Servicing Corporation; Betty *
Veasey; Ken Thompson; Judy     *   [UNPUBLISHED]
Brookman; Sandra Rodriguez-    *
Villalovoz; Jill Olsen; Michael P.  *
Gaughan; Jan Henryck; Kozeny &  *
McCubbin, L.C.; Amy Hope Davis, *
                               *
          Appellees.       *

_____

Submitted: December 28, 2006
Filed: January 11, 2007

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Chapter 13 debtor, Virginia Dale, appeals from a decision of the Bankruptcy Appellate Panel affirming the bankruptcy court's[1] judgment in favor of HomEq[2] Servicing Corp. (HSC) and numerous others associated with HSC whom Dale sued in an adversary proceeding to rescind her home mortgage and obtain damages.

Upon careful review of the parties' submissions on appeal, we conclude that Dale's arguments either are not properly before us or fail to assert an adequate basis for reversal.  Accordingly, we affirm.  See 8th Cir. R. 47B.

———————————————

[1]The Honorable Jerry W. Venters, Chief Judge, United States Bankruptcy Court for the Western District of Missouri.

[2]This name appears as both "HomEq" and "HomeQ" in the record.